No. 88–6525.  CHARTERS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 88–6972.  SPENCER *v.* LEE ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 89–473.  DOODY ET AL. *v.* SINALOA LAKE OWNERS ASSN., INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 89–746.  GENE R. SMITH CORP. *v.* TERRY'S TRACTOR, INC., ET AL.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 89–809.  PAINEWEBBER INC. ET AL. *v.* FRYE.  C. A. 5th Cir.  Certiorari denied.

No. 89–829.  DEWITT BANK & TRUST CO., CONSERVATOR OF THE ESTATE OF MCNEELY *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 89–922.  PATEL *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 89–928.  CEMENTOS GUADALAJARA, S. A., ET AL. *v.* UNITED STATES ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 89–1087.  JOHNSON *v.* BANK OF AMERICA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 89–1096.  LAWLER *v.* PAULISSEN ET UX.  C. A. 5th Cir.  Certiorari denied.

No. 89–1100.  ROBINSON *v.* POURCIAU ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 89–1103.  GOULD INC. ET AL. *v.* MINISTRY OF DEFENSE OF THE ISLAMIC REPUBLIC OF IRAN.  C. A. 9th Cir.  Certiorari denied.

No. 89–1119.  HERRING ET AL. *v.* DELTA AIR LINES, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.